No. 216. RUST ENGINEERING Co. *v.* CHAPMAN-STEIN
Co. October 17, 1932. Petition for writ of certiorari to
the Circuit Court of Appeals for the Third Circuit denied.

*Messrs. C. P. Byrnes, Geo. E. Stebbins,* and *Thomas G. Haight* for petitioner. *Mr. J. Austin Stone* for respondent.